```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                    FORT MYERS DIVISION
```

JANE DOE,

    Plaintiff,

v.                              Case No: 2:25-cv-1091-JES-DNF

GENIMOUS INTERACTIVE INVESTMENT CO., LTD., EIGHTPOINT TECHNOLOGIES LTD, SEZC, EIGHTPOINT INTERACTIVE, INC. f/k/a Spigot, Inc.,

    Defendants.

_____

**ORDER**

This matter comes before the Court on review of Defendant Eightpoint Interactive, Inc.'s Motion to Dismiss and Motion to Strike (Doc. #12) filed on December 22, 2025. "Before filing a motion in a civil action, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, or to certify a class, the movant must confer with the opposing party in a good faith effort to resolve the motion." M.D. Fla. R. 3.01(g). The motion will be denied for failure to confer with plaintiff before

filing the motion and for failure to include a certification of conference in the motion.

Accordingly, it is hereby

**ORDERED:**

Defendant Eightpoint Interactive, Inc.'s Motion to Dismiss and Motion to Strike (Doc. #12) is **DENIED without prejudice.**

**DONE and ORDERED** at Fort Myers, Florida, this __23rd__ day of December 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of Record

2