UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANE DOE,

      Plaintiff,

v.                              Case No: 2:25-cv-1091-JES-DNF

GENIMOUS          INTERACTIVE
INVESTMENT    CO.,     LTD.,
EIGHTPOINT TECHNOLOGIES LTD.
SEZC,             EIGHTPOINT
INTERACTIVE,    INC.   f/k/a
Spigot, Inc.,

      Defendants.

_____

**ORDER**

    This matter comes before the Court on defendant Eightpoint Technologies Ltd. SEZC's Response to Court Order and Notice of Withdrawal of its Motion to Quash Service of Process (Doc. #43) filed on February 2, 2026, in response to the Court's Order (Doc. #42) directing defendant to indicate if the Motion to Quash Service of Process (Doc. #30) was moot. Defendant agrees to withdraw the motion without prejudice to its other pending motions.

    Accordingly, it is hereby

    **ORDERED:**

Defendant Eightpoint Technologies Ltd. SEZC's Motion to Quash Service of Process (Doc. #30) is deemed withdrawn.

**DONE and ORDERED** at Fort Myers, Florida, this __3rd__ day of February 2026.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Plaintiffs
Counsel of Record